UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA E. BELTRE,

        Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20-CV-445 (LGS) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2020
```

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses. All pretrial motions and applications must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    On April 20, 2020, defendant filed an electronic certified transcript of administrative proceedings (e-CAR), which, pursuant to Standing Order No. 16-MC-00171, dated April 20, 2016 (Standing Order), constitutes defendant's answer to the complaint. **A courtesy copy of the e-CAR, marked as such, will be requested by the Court when practicable in light of the ongoing national health emergency. Upon such request, the courtesy copy must promptly be delivered to chambers by mail, overnight courier, or hand delivery.**

    If defendant wishes to file a motion for judgment on the pleadings, he shall do so no later than **June 19, 2020**. The motion for judgment on the pleadings must contain a full recitation of the relevant facts and a full description of the underlying administrative proceedings. Plaintiff shall, no later than 60 days after defendant's submission of the motion for judgment on the pleadings, file and serve her response (including any cross-motion), which must state any additional or contrary facts deemed necessary to resolve the case. Defendant shall file any reply no later than 21 days after service of plaintiff's response.

The parties are reminded that, under the Standing Order, memoranda filed in support of or in opposition to any dispositive motion shall not exceed 25 pages, and reply memoranda shall not exceed 10 pages. Memoranda exceeding 10 pages must include a table of contents and a table of authorities, neither of which shall count against the page limit. Any party seeking to exceed these page limitations must apply to Judge Moses for leave to do so, with copies to all counsel, no fewer than seven days before the date upon which the memorandum must be filed.

Plaintiff is reminded that all letters and other communications with the Court from *pro se* parties must be submitted to the *Pro Se* Intake Unit, not directly to chambers. **As long as the Court continues to operate under emergency procedures in connection with the COVID-19 national health emergency, plaintiff may file her responding papers, and any other documents properly submitted to this Court, by emailing them to Temporary_Pro_Se_Filing@nysd.uscourts.gov as a PDF attachment.** For further information about filing documents under the Court's emergency procedures, plaintiff should review § 3 of the Court's Emergency Individual Rules and Practices in Light of COVID-19 (April 6, 2020), available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. The *Pro Se* Office in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 (available only by telephone, at 212-805-0175) may also be of assistance to *pro se* litigants in connection with court procedures.

The Commissioner is directed to promptly serve a copy of this Order on the pro se plaintiff and to file proof of such service on ECF.

Dated: New York, New York
      April 22, 2020                      **SO ORDERED**.

                                                    **BARBARA MOSES**
                                                    **United States Magistrate Judge**